

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00297-CV

**WESTRIDGE ESTATES HOMEOWNERS ASSOCIATION**,
Appellant

v.

Omar **CANALES** and Marlo C. Canales,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-13-976
Honorable Ana Lisa Garza, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c). Costs of appeal are taxed against Appellant Westridge Estates Homeowners Association.

SIGNED September 21, 2016.

Karen Angelini, Justice